IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**

        **Plaintiff,**                Civil Action No. 5:06-CV-141 (FJS/GHL)

**-vs-**

**THE PREMISES AND REAL PROPERTY, TOGETHER WITH ITS BUILDINGS, APPURTENANCES, IMPROVEMENTS, FIXTURES, ATTACHMENTS, AND EASEMENTS, LOCATED AT 95 DALY ROAD, BRASHER FALLS, NEW YORK, MORE PARTICULARLY IDENTIFIED IN A DEED FILED IN THE ST. LAWRENCE COUNTY CLERK'S OFFICE IN BOOK 1088 AT PAGE 1006 AND FURTHER IDENTIFIED AS ASSESSOR'S PARCEL NO. 17-01-3-5,**

        **Defendant.**

## ORDER

**THIS COURT**, having before it the Stipulated Agreement of the parties to the above-referenced action, and the parties having agreed to its terms as indicated by their signatures hereto, it is hereby

**ORDERED,** that the United States and claimant Sheila Lazare Rea have reached a compromise to settle this matter for the sum of $25,000;  and it is further

**ORDERED**, that claimant Sheila Lazare Rea shall agree to the following terms and conditions:

    1.    to release and forever discharge and hold harmless the United States Department of Justice, United States Postal Service and the Federal Bureau of Investigation, United States Marshals Service, its officers, agents, servants and employees, their heirs, successors or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims and/or

demands whatsoever in law or equity which Sheila Lazare Rea, her successors and/or assigns ever had, now have, or may have whether known or unknown, in connection with the civil forfeiture proceedings against the above-captioned Real Property;  and it is further

**ORDERED**,  that within sixty days from the date of service upon her attorney of a copy of this signed and filed Stipulated Settlement Agreement and Order of Forfeiture, claimant Sheila Lazare Rea shall forward a certified check or bank draft in the amount of $25,000, made payable to the United States Marshals Service, to:  United States Attorney's Office, Attn:  Thomas A. Capezza, Assistant U.S. Attorney, James T. Foley U.S. Courthouse, 445 Broadway, Room 218, Albany, New York 12207, and it is further

**ORDERED,**  that all right, title and interest to the following  property be and the same hereby is forfeited to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), incorporating by reference Title 18, United States Code, Sections 1956 (c)(7) and 1961(1):

> A. $25,000 as substitute *res* for the defendant real property located at 95 Daly Road, Brasher Falls, New York,

and it is further

**ORDERED**, that the United States Marshals Service is directed to dispose of the property forfeited to the United States listed as "A" above in accordance with law;  and it is further

**ORDERED,**  that the parties agree that neither the plaintiff nor the claimant shall be liable for an award of costs and/or attorneys fees against the other in this action and both parties hereby waive any right they have, had or may have had to seek costs and/or attorneys fees arising out of this action;  and it is further

**ORDERED**, the terms and conditions hereby represent the whole and complete agreement between the parties, and no other terms, conditions, previous agreements or memoranda will be demanded, excepted, requested or performed by the parties; and it is further

**ORDERED**, that this Court shall retain jurisdiction in the cause for the purpose of enforcing the terms of this agreement;  and it is further

**ORDERED**, that upon notification that all the terms of this Stipulation have been satisfied, the Clerk of the Court shall enter judgment in accordance with the terms of the Stipulation.

**SO ORDERED**:

Dated: May 15, 2006
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge