◎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

_____Northern_____ DISTRICT OF _____New York_____

United States of America

**JUDGMENT IN A CIVIL CASE**

V.

95 Daly Road, Brasher Falls, New York

Case Number:     5:06-cv-141 (FJS/GHL)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Pursuant to a stipulated order of forfeiture entered on May 15, 2006, directing that the Court retain jurisdiction for the purpose of enforcing such agreement and that upon notification by the United States indicating that those terms have been satisfied that this case shall close and now having been so notified by the United States on February 23, 2007, this case is now closed.

February 26, 2007                                    Lawrence K. Baerman
Date                                                 Clerk

                                                     (By) Deputy Clerk
                                                      s/Barbara J. Woodford